THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, an individual, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity,<br><br>Defendants. | Case No. 2:20-cv-02046 |

**DECLARATION OF JILL STOKKE**

1

**DRAFT DECLARATION #1 – Lacking Nevada Caption and any Nevada specific legal requirements for evidentiary declaration.**

Declaration of _JILL STOKKE_____

1. My name is _JILL STOKKE_____, and at all times relevant herein I was over the age of eighteen years.

2. I am a legal resident of Clark County, Nevada, and my residence address is _1016 EUGENE CERENA ST. 89145_

3. At all times relevant herein I was a legal resident of Nevada and I met all legal requirements to vote in the November 2020 general election in the State of Nevada, County of Clark.

4. On _OCT. 28, 2020_ I wanted to vote in the November 2020 general election for President of the United States and for all other matters on the ballot. Had I been allowed to vote I would have voted for Donald Trump for President of the United States.

5. On _OCT. 28, 2020_, 2020 I went to vote at the _SOUTHERN College of_ polling location _ON WEST CHARLESTON_, after the polls had opened and prior to the closing time of the polls, and attempted to vote.

6. I was not allowed to vote.

7. A poll worker informed me that I was not allowed to vote because someone had returned my mail in ballot.

8. I did not fill out or return my mail in ballot, and I did not allow or authorize anyone else to do so on my behalf.

9. On _OCT 29_, 2020 I made contact with a Clark County election official, whom I believed to be named Joe Gloria.

10. The person I believe to be Joe Gloria advised me that _to ATTEST to THE FACT THAT A ROOMATE POSSIBLY STOLE MY BALLOT JOE HIGHLY PRESSURED ME TO ATTEST TO A LIE._

11. I was not allowed to vote in the November 2020 general election, and in fact was prevented from doing so by the poll worker. I have been disenfranchised, and my constitutional right to vote had been denied.

12. I declare the foregoing to be true and correct, under the laws of the State of Nevada and the laws of the United States.

By: _Jill Stokke_  Dated: _11/5/2020_

Printed Name: _Jill Stokke_