THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, an individual, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS <br><br> Plaintiffs, <br><br> v. <br><br> SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 2:20-cv-02046 |

**DECLARATION OF CHRIS PRUDHOME**

1

## **Declaration of Christopher Prudhome**

CHRISTOPHER PRUDHOME herby declares and states as follows:

1. My name is Christopher Prudhome. I am over 18 years of age and a resident of the Commonwealth of Virginia. I have personal knowledge of the events stated herein.

2. Over the past two weeks, I have served as an observer of the processing of mail ballots on behalf of the Trump Campaign.

3. In the early morning hours of November 4, 2020, I went to the Clark County election department in order to observe the tabulation of ballots.

4. I was there observing the counting, but I wished to use my camera. I was informed by the staff that only media could use a camera. Since I was media, I informed them I was media, and sought to use my camera.

5. They directed me to another area of the location where I would not be able to fully observe. My understanding was that was for people who were only media.

6. Regardless, they did not accept my media credentials. I remained in the observer area as an observer. We were told by the staff they would be counting for an hour and a half. However, after just a few minutes, they ordered all of us observers out. I complied to their order to leave the observers area. I would not have left the area if I were allowed to observe the counting.

7. Under NRS § 53.045 I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

DATED: November 5, 2020

Christopher Prudhome