# EXHIBIT A

[PROPOSED] ANSWER TO COMPLAINT

# EXHIBIT A

MARC E. ELIAS, ESQ. (D.C. Bar No. 442007)*
JOHN M. DEVANEY (D.C. Bar No. 375465)*
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
melias@perkinscoie.com
jdevaney@perkinscoie.com

ABHA KHANNA, ESQ. (Wash. Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com

BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Tel: (702) 341-5200
bschrager@wrslawyers.com
dbravo@wrslawyers.com

Attorneys for Intervenor-Defendants Nevada State
Democratic Party and Democratic National Committee

*Pro hac vice to be submitted

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity <br><br> Defendants, | Case No.:   2:20-cv-02046-APG-DJA <br><br> **[PROPOSED] ANSWER TO COMPLAINT** |

[PROPOSED] ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Proposed Intervenors Democratic National Committee and Nevada State Democratic Party, by and through their attorneys, submit the following Answer to Plaintiffs' Complaint. Proposed Intervenors respond to the allegations in the Complaint as follows:

**JURISDICTION AND VENUE**

1. Paragraph 1 contains mere characterizations, legal contentions, and conclusions to which no response is required.

2. Paragraph 2 contains mere characterizations, legal contentions, and conclusions to which no response is required.

**PARTIES**

3. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 3.

4. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 4.

5. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 5.

6. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 6.

7. Proposed Intervenors admit the allegations contained in Paragraph 7.

8. Proposed Intervenors admit the allegations contained in Paragraph 8.

**FACTUAL ALLEGATIONS**

9. Proposed Intervenors admit the allegations contained in Paragraph 9.

10. Paragraph 10 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

11. Proposed Intervenors deny the allegations in Paragraph 11.

12. Proposed Intervenors are without sufficient information or knowledge with which

2

[PROPOSED] ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

to form a belief as to the truth or falsity of the allegations conclained in Paragraph 12.

13. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 13.

14. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 14.

15. Proposed Intervenors deny the allegations in Paragraph 15.

16. Paragraph 16 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

17. Paragraph 17 contains mere characterizations, legal contentions, and conclusions to which no response is required.

18. Proposed Intervenors are without sufficient information or knowledge with which to form a belief as to the truth or falsity of the allegations contained in Paragraph 18.

**Count I**

19. Proposed Intervenors incorporate by reference all of its responses to allegations in the preceding and ensuing paragraphs as if fully set forth herein.

20. Paragraph 20 contains mere characterizations, legal contentions, and conclusions to which no response is required.

21. Paragraph 21 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

22. Paragraph 22 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

23. Paragraph 23 contains mere characterizations, legal contentions, and conclusions to which no response is required.

**Count II**

24. Proposed Intervenors incorporate by reference all of its allegations in the preceding and ensuing paragraphs as if fully set forth herein.

25. Paragraph 25 contains mere characterizations, legal contentions, and conclusions to which no response is required.

26. Paragraph 26 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

27. Paragraph 27 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

28. Paragraph 28 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

**Count III**

29. Proposed Intervenors incorporate by reference all of its allegations in the preceding and ensuing paragraphs as if fully set forth herein.

30. Paragraph 30 contains mere characterizations, legal contentions, and conclusions to which no response is required. To the extent a response is required, Proposed Intervenors deny the allegations.

**AFFIRMATIVE DEFENSES**

Proposed Intervenors set forth their affirmative defenses without assuming the burden of proving any fact, issue, or element of a cause of action where such burden properly belongs to Plaintiffs. Moreover, nothing stated here is intended or shall be construed as an admission that any particular issue or subject matter is relevant to the allegations in the complaint. Proposed Intervenors reserve the right to amend or supplement their affirmative defenses as additional facts concerning defenses become known.

4

[PROPOSED] ANSWER TO VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

As separate and distinct affirmative defenses, Proposed Intervenors alleges as follows:

Plaintiffs fail to state a claim on which relief can be granted.

Plaintiffs lack standing.

Plaintiffs claims are barred by collateral estoppel.

**PRAYER FOR RELIEF**

WHEREFORE, Proposed Intervenors respectfully requests that this Court:

A.   Deny that Plaintiffs are entitled to any relief;

B.   Dismiss the complaint in its entirety, with prejudice; and

C.   Grant such other and further relief as the Court may deem just and proper.

DATED this 6th day of November, 2020.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:   */s/ Bradley Schrager*
Bradley S. Schrager, Esq., SBN 10217
Daniel Bravo, Esq., SBN 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

Marc E. Elias*
John Devaney*
Perkins Coie LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
MElias@perkinscoie.com
JDevaney@perkinscoie.com

Abha Khanna*
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
AKhanna@perkinscoie.com

Attorneys for DNC and Nevada State Democratic Party

*Pro hac vice applications forthcoming*