# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JILL STOKKE, CHRIS PRUDHOME, MARCHANT FOR CONGRESS, and RODIMER FOR CONGRESS,<br><br>Plaintiffs<br><br>v.<br><br>SECRETARY OF STATE BARBARA CEGAVSKE, CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, and CLARK COUNTY ELECTION BOARD,<br><br>Defendants | Case No.: 2:20-cv-02046-APG-DJA<br><br>**Order Setting Hearing**<br><br>[ECF Nos. 3, 4] |

I ORDER that the plaintiffs' motion to expedite hearing and briefing **(ECF No. 4) is GRANTED**. The plaintiffs' motion for temporary restraining order and preliminary injunction (ECF No. 3) is set for **telephonic hearing today, November 6, 2020, at 2:00 p.m. PST**. Details on how to dial into the hearing will be provided by separate order.

I FURTHER ORDER that the defendants may file a response to the motion for preliminary injunction by 12:00 p.m. PST today.

I FURTHER ORDER the plaintiffs to serve the complaint, the motion for preliminary injunction, and this order on the defendants by email, fax, hand delivery, or other means to provide notice in adequate time to allow the defendants to respond and to attend the hearing. The plaintiffs shall file proof of such service by 12:00 p.m. today.

DATED this 6th day of November, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE