MARC E. ELIAS, ESQ. (D.C. Bar No. 442007)*
JOHN M. DEVANEY (D.C. Bar No. 375465)*
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960
Tel: (202) 654-6200
melias@perkinscoie.com
jdevaney@perkinscoie.com

ABHA KHANNA, ESQ. (Wash. Bar No. 42612)*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Tel: (206) 359-8000
akhanna@perkinscoie.com

BRADLEY SCHRAGER, ESQ. (SBN 10217)
DANIEL BRAVO, ESQ. (SBN 13078)
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Tel: (702) 341-5200
bschrager@wrslawyers.com
dbravo@wrslawyers.com

*Attorneys for Proposed Intervenors Democratic National Committee and Nevada State Democratic Party*

*Pro hac vice to be submitted

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, an individual, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS,<br><br>Plaintiffs,<br><br>vs.<br><br>SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity,<br><br>Defendants, | Case No.:   2:20-cv-02046-APG-DJA<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Local Rule 7.1-1 of the Local Rules of the United States District Court for the District of Nevada, the undersigned, counsel of record for Proposed Intervenor-Defendants Nevada State Democratic Party and Democratic National Committee (collectively "Proposed-Intervenors), certify that so far as counsel is presently aware, only the named parties to this case, which would include the presently Proposed Intervenor, has a direct pecuniary interest in the outcome of this case.

DATED this 6th day of November, 2020

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By: _____/s/ Bradley S. Schrager_____
Bradley S. Schrager, Esq., SBN 10217
Daniel Bravo, Esq., SBN 13078
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120

Marc E. Elias, Esq.*
John M. Devaney, Esq.*
**PERKINS COIE LLP**
700 Thirteenth St. NW, Suite 800
Washington, D.C. 20005-3960

Abha Khanna, Esq.*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

*Attorneys for Proposed Intervenor–Defendants Nevada State Democratic Party and Democratic National Committee*

*Pro hac vice applications forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th of November, 2020 a true and correct copy of the **Certificate of Interested Parties** was served via the United States District Court's CM/ECF system on all parties or persons requiring notice.

By: */s/ Dannielle Fresquez*
Dannielle Fresquez, an Employee of
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP