1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS, an individual,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity<br>　　　　Defendant(s). | Case # 2:20-cv-02046-APG-DJA<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　　　John M. Devaney　　　　　, Petitioner, respectfully represents to the Court:
　　　　　　(name of petitioner)

　　1.　　That Petitioner is an attorney at law and a member of the law firm of

　　　　　　　　　　　　　　Perkins Coie, LLP
　　　　　　　　　　　　　　(firm name)

with offices at 　　　700 Thirteenth Street, NW, Suite 800　　　,
　　　　　　　　　　　　　　(street address)

　　Washington　　　,　　District of Columbia　　,　　20005　　,
　　　(city)　　　　　　　　　　(state)　　　　　　　　(zip code)

　　202.434.1624　　　,　　jdevaney@perkinscoie.com　　.
(area code + telephone number)　　　　(Email address)

　　2.　　That Petitioner has been retained personally or as a member of the law firm by Nevada State Democratic Party and Democratic National Committee　　 to provide legal representation in connection with
　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __December 19, 1983__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __District of Columbia__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United State District of Coumbia Court of Appeals | December 19, 1983 | 375475 |
| United States District Court, District of Columbia | March 6, 1989 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)
None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
District of Columbia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

*John Devaney*

_____
Petitioner's signature

STATE OF  Florida          )
                           )
COUNTY OF  Duval           )

___John D. Devaney___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

*John Devaney*

_____
Petitioner's signature

Subscribed and sworn to before me this

___6th___ day of ___November___, ___2020___.

*Richard T Schnell*
_____
Notary Public or Clerk of Court

RICHARD T SCHNELL
Notary Public - State of Florida
Commission # HH 29895
Expires on August 9, 2024

Notarized online using audio-video communication

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Bradley Schrager__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, 3556 East Russell Road, Second Floor__,
(street address)

__Las Vegas__, __Nevada__, __89120__,
(city)        (state)         (zip code)

__(702) 341-5200__, __bschrager@wrslawyers.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Bradley Schrager__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_DocuSigned by: Monica C. Guardiola_
_____
(party's signature)

__Monica Guardiola, Democratic National Committee__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__10217__     __bschrager@wrslawyers.com__
Bar number          Email address

APPROVED:

Dated: this __9th__ day of __November__, 20__20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Bradley Schrager__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Shelby Wiltz_
(party's signature)

Shelby, Wiltz, Nevada State Democratic Party
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

10217                     bschrager@wrslawyers.com
Bar number                Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**John M. Devaney- Courts in Good Standing**

| Jurisdiction | Admitted |
|---|---|
| District of Columbia Bar | 1983 |
| United States District of Columbia Court of Appeals | 1983 |
| United Sates District Court for the District of Columbia | 1989 |
| United States Court for the District of Colorado | 2000 |
| United States Court of Appeals for the Fifth Circuit | 2011 |
| United States Court of Appeals for the Sixth Circuit | 1994 |
| United States Court of Appeals for the Eighth Circuit | 2004 |
| United States Court of Appeals for the Ninth Circuit | 2005 |
| United States Court of Appeals for the Tenth Circuit | 2005 |
| United States Court of Appeals for the Federal Circuit | 1990 |
| Supreme Court of the United States of America | 2011 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *John M Devaney*

was duly qualified and admitted on December 19, 1983 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October
15, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# United States District & Bankruptcy Courts for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **ANGELA D. CAESAR**, Clerk of the United States District Court for the District of Columbia, do hereby certify that:

# JOHN  M.  DEVANEY

was, on the ___6th___ day of _____March_____ A.D. __1989__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___21st___ day of _____October_____ A.D. __2020__.



**ANGELA D. CAESAR, CLERK**

By: _____
**Deputy Clerk**