1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JILL STOKKE, an individual, CHRIS PRUDHOME, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS
        Plaintiff(s),

vs.

SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOT
        Defendant(s).

Case #2:20-cv-02046-APG-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Abha Khanna_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Perkins Coie LLP_____
(firm name)

with offices at _____1201 Third Avenue, Suite 4900_____,
(street address)

_____Seattle_____, _____Washington_____, _____98101_____,
(city)                        (state)                    (zip code)

_____206-359-8000_____, _____akhanna@perkinscoie.com_____.
(area code + telephone number)       (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____DNC and Nevada State Dem. Party_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____June 16, 2010_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____Washington_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| see attachment 1 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

see attachment 1

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| April 28, 2020 | 3:20-cv-00243 | USDC, District of Nevada | Granted |
| August 14, 2020 | 2:20-cv-01445 | USDC, District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  WASHINGTON  )
                      )
COUNTY OF  KING       )

_____Abha Khanna_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___6TH___ day of __NOVEMBER__, __2020__.

_____GARTH BRANDENBURG_____
Notary Public or Clerk of Court

[Notary Seal: GARTH BRANDENBURG, COMMISSION EXPIRES, NOTARY PUBLIC, 45904, 12-19-23, STATE OF WASHINGTON]

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Bradley Schrager___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP, 3556 E Russell Road, Second Floor___,
(street address)

___Las Vegas___, ___Nevada___, ___89120___,
(city)            (state)          (zip code)

___702-341-5200___, ___BSchrager@wrslawyers.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Bradley Schrager__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*DocuSigned by:*
*Monica C. Guardiola*
_____
(party's signature)

Monica Guardiola, Democratic National Committee
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__10217__        __bschrager@wrslawyers.com__
Bar number           Email address

APPROVED:

Dated: this __9th__ day of __November__, 20__20__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Bradley Schrager__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_Shelby Wiltz_
(party's signature)

Shelby, Wiltz, Nevada State Democratic Party
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

10217                bschrager@wrslawyers.com
Bar number           Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## *Court Admissions – Abha Khanna*

| Court | Admission Date |
|---|---|
| New York State Bar (Registration No. 4585493) | 6/18/2008 |
| Washington State Bar (WSBA No. 42612) | 6/16/2010 |
| United States District Court of Washington, **Western District** | 8/03/2010 |
| United States District Court of Washington, **Eastern District** | 2/27/2013 |
| United States Court of Appeals, Ninth Circuit | 10/15/2010 |
| United States Court of Appeals, Fourth Circuit | 5/06/2016 |
| United States Supreme Court | 3/26/2018 |
| United States Court of Appeals, Eleventh Circuit | 11/27/2018 |
| United States Court of Appeals, Eighth Circuit | 10/15/2020 |

| Court (Pro Hac Vice) | Admission Date |
|---|---|
| USDC Western District of Texas, San Antonio Division | 8/30/2011 |
| USDC Eastern District of Virginia | 11/29/2011 |
| USDC for District of Nevada | 4/29/2020 |
| USDC for District of New Jersey | |
| USDC Northern District of Georgia | 10/11/2017 |
| USDC Northern District of Illinois | |
| USDC Northern District of Alabama | 6/14/2018 |
| USDC Northern District of Georgia (Second Case) | |
| USDC Middle District of Louisiana | |

| | |
|---|---|
| USDC Eastern District of North Carolina | 12/20/2018 |
| USDC District of Montana | 9/8/2020 |
| 1st Judicial District for Carson City, Nevada | 5/5/2020 |
| USDC Eastern District of California | 6/10/2020 |
| USDC for District of Nevada | 8/14/2020 |
| USDC Northern District of Illinois, Eastern Division | 8/26/2020 |
| Clark County District Court, Nevada | 9/17/2020 |
| USDC for District of Minnesota | 9/29/2020 |

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 42612 |
| OF | ) | CERTIFICATE |
| ABHA KHANNA | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**ABHA KHANNA**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on June 16, 2010, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 23rd day of October, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Abha Khanna** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 18th day of June 2008, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 27, 2020.



*Aprilanne Agostino*
Clerk of the Court