THE O'MARA LAW FIRM, P.C.
DAVID C. O'MARA
NEVADA BAR NO. 8599
311 East Liberty St.
Reno, Nevada 89501
775-323-1321
775-323-4082 (fax)
david@omaralaw.net

*Counsel for Plaintiffs Jill Stokke, Chris Prudhome, Marchant for Congress, Rodimer for Congress*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JILL STOKKE, an individual, CHRIS PRUDHOME, an individual, MARCHANT FOR CONGRESS, RODIMER FOR CONGRESS,<br><br>Plaintiffs,<br><br>v.<br><br>SECRETARY OF STATE BARBARA CEGAVSKE, in her official capacity, and CLARK COUNTY REGISTRAR OF VOTERS JOSEPH P. GLORIA, in his official capacity, CLARK COUNTY ELECTION BOARD,<br><br>Defendants. | Case No. 2:20-cv-02046<br><br>**NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)** |

Plaintiffs Jill Stokke, Chris Prudhome, Marchant for Congress and Rodimer for Congress, by and through their undersigned counsel, voluntarily dismiss this action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no parties have served either an answer or motion for summary judgment.

DATED:  November 24, 2020                THE O'MARA LAW FIRM, P.C.


                                           /s/ David C. O'Mara
                                         DAVID C. O'MARA, ESQ
                                         311 East Liberty St.
                                         Reno, Nevada 89501
                                         775-323-1321
                                         775-323-4082 (fax)
                                         *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of The O'Mara Law Firm, P.C., 311 E. Liberty Street, Reno, Nevada 89501, and on this date the foregoing pleading was filed electronically via the court's ECF system which sent notification of such filing to counsel of record for all parties.

DATED:  November 24, 2020                                  /s/ Bryan Snyder
                                                                                      BRYAN SNYDER